UNITED STATES FIDELITY & GUARANTY COMPANY et al., Respondents, v AMERICAN RE-INSURANCE COMPANY et al., Appellants, et al., Defendants.

Decided February 23, 2016

Appeal dismissed, without prejudice and without costs, by the Court of Appeals, sua sponte, upon the ground that the Court declines to pass upon the matter raised by appellants at

this time (*see Matter of Lippman v Commissioners of Election of County of Nassau*, 15 NY2d 964, 966 [1965]).

Judge ABDUS-SALAAM taking no part.